GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
GENEVIEVE A. OZARK
Assistant U.S. Attorney
Mississippi State Bar No. 105598
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: genevieve.ozark@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br>   Plaintiff, <br><br> vs. <br><br> Delaine Antone, <br><br>   Defendant. | No.   CR-21-00590-PHX-SPL (MTM) <br><br> **INDICTMENT** <br><br> VIO:  8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) <br> (Transportation of Illegal Aliens) <br> Count 1 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about May 14, 2021, in the District of Arizona, the defendant, DELAINE ANTONE, knowing and in reckless disregard of the fact that certain aliens, Sebastian Gregorio-Perez and Reyner Marroquin-Ortiz, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

\\

\\

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 27, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/
GENEVIEVE A. OZARK
Assistant U.S. Attorney