AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Delaine Antone
*Defendant*

)
)
)
)
)
)
)

Case No. CR-21-00590-001-PHX-SPL (MTM)

FILED ___ LODGED
✓ RECEIVED ___ COPY

APR 1 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Delaine Antone                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii), Transportation of Illegal Aliens

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona

ISSUED ON 12:04 pm, Jul 28, 2021
s/ Debra D. Lucas, Clerk

Sherise M. Hargrove, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/28/2022 and the person was arrested on *(date)* 4/4/2022
at *(city and state)* Tucson, Az

Date: 4/5/2022

by: _____
*Arresting officer's signature*

arrested by CBP Kevin Krish DVSM
*Printed name and title*

cc: PTS